RONALD ZIEDMAN,

                Plaintiff,

v.                                               Case No. 21-cv-388-pp

JANET POTASAVIS, *et al.*,

                Defendants.

**ORDER DENYING PLAINTIFF'S REQUEST TO REOPEN CASE (DKT. NO. 20)**

      Plaintiff Ronald Ziedman, who is confined at the Wisconsin Resource Center and who is representing himself, filed this civil rights case on March 26, 2021. Dkt. No. 1. On July 15, 2021, the court ordered that by August 20, 2021, the plaintiff must either file his trust account statement covering October 2020 through February 2021 (the plaintiff already had submitted his trust account statement from March 2021) or an explanation of why he could not submit it; otherwise the court would dismiss this case without prejudice. Dkt. No. 9. On October 12, 2021, the court dismissed the case without prejudice based on the plaintiff's failure to file his six-month trust account statement. Dkt. No. 13. The court explained that the plaintiff had to file his trust account statement from October 2020 through February 2021, that he had filed only statements from January and March 2021 and that he had not filed a letter explaining why he did not submit his complete trust account statement. Id. at 2-3.

      Since the court issued the order dismissing the case without prejudice, the plaintiff has filed a trust account statement from September 2021 (dkt. no. 15), a trust account statement from August 2021 (dkt. no. 16), a request for

1

extension of time (dkt. no. 17), a letter requesting that the court not "withdraw" his case and stating that his six-month account statement was attached (dkt. no. 18), a six-month trust account statement from April 2021 through October 2021 (dkt. no. 19), and a letter asking to reopen his case and stating that he sent in everything the court needs (dkt. no. 20).

The six-month trust account statement the court received on October 27, 2021 covers April 2021 through October 2021; it does not satisfy the court's order directing him to file his trust account statement from October 2020 through February 2021. <u>See</u> <u>also</u> 28 U.S.C. §1915(a)(2) ("A prisoner "seeking to bring a civil action . . . shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for **the 6-month period immediately preceding the filing of the complaint** . . ., obtained from the appropriate official of each prison at which the prisoner is or was confined.") (emphasis added). The plaintiff did not timely file (and, to date, has not filed) an explanation regarding why he did not file his six-month trust account statement, as required. The court has no basis to reopen the plaintiff's case and the court will deny his request.

The court **DENIES** the plaintiff's request to reopen case. Dkt. No. 20.

Dated in Milwaukee, Wisconsin this 20th day of May, 2022.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**
